In the Matter of the Probate of the Will of BERTHA ORAM, Deceased. MAX ZUCKERMAN, Respondent; LENA SANBORN, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 938.]

## (May 20, 1953.)

In the Matter of the Accounting of HARRY F. WHITON et al., as Trustees under the Will of EMMA D. ROSS, Deceased, Respondents. JEANETTE B. DONNELL, Appellant; CHARLES ADEY et al., Respondents.— Motion to amend decision of March 12, 1953 (*ante,* p. 470), to allow costs on appeal to respondents trustees payable from the estate granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.